1 RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
2 MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
3 HANNAH Y. CHANOINE (*pro hac vice* to be filed)
hchanoine@omm.com
4 MATTHEW J. SMOCK (S.B. #293542)
msmock@omm.com
5 O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
6 San Francisco, CA 94111
Telephone: (415) 984-8700
7 Facsimile: (415) 984-8701

8 Attorneys for Defendants

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  MELANIE BARBER, KI BURKE, and JOSEPH GREGORIO on Behalf of 14  Themselves and all Others Similarly Situated, 15      Plaintiffs, 16  v. 17  JOHNSON & JOHNSON, MCNEIL-PPC, INC., JOHNSON & JOHNSON CONSUMER, 18  INC., and RANIR LLC, 19      Defendants. | Case No. 8:16-cv-1954-JLS-JCG  **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES AND BRIEFING SCHEDULE**  HON. JOSEPHINE L. STATON  Complaint served: November 10 and November 14, 2016 Current response dates: December 1 and December 5, 2016 New response dates: January 2 and January 4, 2017 |

23 WHEREAS, Plaintiffs Melanie Barber, Ki Burke, and Joseph Gregorio ("Plaintiffs") filed

24 their initial Complaint in this case (Dkt. No. 1) against defendants Johnson & Johnson, McNeil-

25 PPC, Inc., Johnson & Johnson Consumer Inc. ("JJCI"), and Ranir LLC ("Defendants") on

26

27

28

October 26, 2016;[1]

WHEREAS, Plaintiffs served Ranir LLC on November 10, 2016 and the other Defendants on November 14, 2016;

WHEREAS, Defendant Ranir LLC's current deadline to respond to the Complaint is December 1, 2016 and the other Defendants' current deadline to respond to the Complaint is December 5, 2016;

WHEREAS, Plaintiffs intend to file a First Amended Complaint, and plan to do so by December 8, 2016;

WHEREAS, counsel for Plaintiffs have agreed to extend the time for Defendants to respond to the original Complaint so that Defendants can simply respond to the anticipated First Amended Complaint;

WHEREAS, Defendants anticipate filing a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion");

WHEREAS, due to the holidays that fall during the parties' briefing of Defendants' anticipated Motion, the parties agree that additional time is warranted to respond to the First Amended Complaint and to Defendants' anticipated Motion beyond that provided for in Federal Rule of Civil Procedure 15;

WHEREAS, the parties have agreed (subject to the Court's approval) to the following briefing schedule for Defendants' anticipated Motion: (1) Plaintiffs shall file their First Amended Complaint by December 8, 2016; (2) Defendants shall file their anticipated Motion or otherwise respond to the First Amended Complaint by January 11, 2017; (3) Plaintiffs' opposition to the Motion will be due February 8, 2017; (4) Defendants' reply will be due February 24, 2017; and (5) Defendants will notice their Motion for hearing on or after March 10, 2017.

---

[1] It is Defendants' position that only Ranir LLC and Johnson & Johnson Consumer Inc. should be named as defendants in this matter. McNeil-PPC, Inc. was renamed Johnson & Johnson Consumer Inc. on June 29, 2015, and Johnson & Johnson did not manufacture or distribute any of the products at issue. For purposes of this stipulation and proposed order, however, the Court need not reach the question of proper defendants; Defendants will seek to resolve this issue with Plaintiffs at a future date.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, by and through their respective undersigned counsel:

1. Defendants' deadlines to respond to the original Complaint are extended 30 days;
2. Plaintiffs shall file their First Amended Complaint by December 8, 2016;
3. Defendants shall file their anticipated Motion or otherwise respond to the First Amended Complaint by January 11, 2017;
4. Plaintiffs' opposition to the Motion will be due February 8, 2017;
5. Defendants' reply will be due February 24, 2017; and
6. Defendants will notice their Motion for hearing on or after March 10, 2017.

Dated: November 29, 2016

RICHARD B. GOETZ
MATTHEW D. POWERS
HANNAH Y. CHANOINE
MATTHEW J. SMOCK
O'MELVENY & MYERS LLP

BY: /s/ Matthew D. Powers
    MATTHEW D. POWERS
Attorneys for Defendants

L. TIMOTHY FISHER
ANNICK M. PERSINGER
BURSOR & FISHER, P.A.

BY: /s/ Annick M. Persinger
    ANNICK M. PERSINGER

L. Timothy Fisher (S.B. # 191626)
Annick M. Persinger (S.B. #272996)
1990 North California Boulevard, Suite 940
Walnut Creek, California 94596

Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       apersinger@bursor.com

VOZZOLO LLC
Antonio Vozzolo (*pro hac vice* to be filed)
345 Route 17 South
Upper Saddle River, New Jersey 07458
Phone: 201-630-8820
Fax: 201-604-8400
avozzolo@vozzolo.com

Attorneys for Plaintiffs

- 3 -

STIP. AND [PROPOSED] ORDER SETTING DEADLINES AND BRIEFING SCHEDULE, 8:16-CV-1954-JLS-JCG

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)**

I, Matthew Powers, attest that all signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

           /s/ Matthew D. Powers
            Matthew D. Powers