| | |
|---|---|
| 1 | RICHARD B. GOETZ (S.B. #115666) |
| | rgoetz@omm.com |
| 2 | MATTHEW D. POWERS (S.B. #212682) |
| | mpowers@omm.com |
| 3 | HANNAH Y. CHANOINE (appearing *pro hac vice*) |
| 4 | hchanoine@omm.com |
| | MATTHEW J. SMOCK (S.B. #293542) |
| 5 | msmock@omm.com |
| | O'MELVENY & MYERS LLP |
| 6 | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA 94111 |
| 7 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 8 | |
| | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE BARBER, KI BURKE, and JOSEPH GREGORIO on Behalf of Themselves and all Others Similarly Situated, | Case No. 8:16-cv-1954-JLS-JCG |
| Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(B)(1), 12(B)(6), AND 12(F)** |
| v. | |
| JOHNSON & JOHNSON, MCNEIL-PPC, INC., JOHNSON & JOHNSON CONSUMER, INC., and RANIR LLC, | HON. JOSEPHINE L. STATON |
| Defendants. | Date: March 10, 2017<br>Time: 2:30 p.m.<br>Ctrm: 10A |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE than on March 10, 2017, at 2:30 p.m., in Courtroom 10A of the above-entitled court, located at 411 W. Fourth Street, Santa Ana, California, Defendants Johnson & Johnson, McNeil-PPC, Inc., Johnson & Johnson Consumer, Inc., and Ranir LLC will, and hereby do, move to dismiss or strike portions of Plaintiffs' First Amended Class Action Complaint pursuant to Rules 12(b)(1), 12(b)(6), and 12(f) of the Federal Rules of Civil Procedure. Specifically, and as explained in Defendants' concurrently filed Memorandum of Points and Authorities, Defendants move to:

1. Dismiss with prejudice Plaintiffs' claims and prayer for injunctive relief (First Amended Class Action Complaint ("FAC") ¶¶ 49(n), 80, 88, 96, 105, 112, 121, 131 & Prayer ¶ D) for lack of standing;

2. Dismiss Plaintiff Gregorio's claims (Counts I, II, VIII, and IX) to the extent they relate to the Rembrandt Deeply White Mouthwash that he did not buy;

3. Dismiss all claims (Counts I-IX) to the extent they are based on statements that Plaintiffs do not allege they either saw or relied on, or alternatively, strike all allegations regarding those statements (FAC ¶¶ 22-24);

4. Dismiss Plaintiffs' warranty claims (Counts I and II) under Rule 8;

5. Dismiss Plaintiffs' warranty of fitness for a particular purpose claims (Count I) for failing to allege a particular purpose for which Plaintiffs purchased the Products;

6. Dismiss Plaintiff Gregorio's warranty claims (Counts I and II) for failure to plead facts showing compliance with New York's statutory notice requirements, and his implied warranty claim (Count II) for lack of privity;

7. Strike Plaintiffs' nationwide class allegations (FAC ¶¶ 41, 54-64)

pursuant to *Mazza v. Am. Honda Motor Co., Inc.*, 666 F.3d 581 (9th Cir. 2012).

This Motion is based on Defendants' concurrently filed Memorandum of Points and Authorities, the Court's file in this action, any matters of which the Court may properly take judicial notice, the arguments of counsel, and all supplemental papers filed at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 4, 2017.

Dated: January 11, 2017

RICHARD B. GOETZ
MATTHEW D. POWERS
HANNAH Y. CHANOINE
MATTHEW J. SMOCK
O'MELVENY & MYERS LLP

BY: /s/ Matthew D. Powers
    MATTHEW D. POWERS

Attorneys for Defendants