## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 16-01954-JLS-(JCGx) | Date | June 9, 2017 |
|---|---|---|---|
| Title | Melanie Barber, et al. v. Johnson and Johnson Co., et al. | | |

**Present: The Honorable**    **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE**

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc Reich | Yeremey Krivoshey |

**Proceedings:**    **Hearing Re Defendants' Motion to Dismiss or Strike Claims for Injunctive Relief from Plaintiffs' Second Amended Complaint [44]**

    Hearing held. Oral arguments heard. In accordance with the Court's instructions as set forth on the record, the Motion is GRANTED with twenty-one days leave to amend.

                                                                                                                                                                                 00  :  15

Initials of Preparer    tg