1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Joel D. Smith (State Bar No. 244902)
   Yeremey Krivoshey (State Bar No. 272996)
3  1990 North California Blvd., Suite 940
4  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
5  E-Mail:  ltfisher@bursor.com
              jsmith@bursor.com
6             ykrivoshey@bursor.com
7
   **VOZZOLO LLC**
8  Antonio Vozzolo (*pro hac vice*)
   345 Route 17 South
9  Upper Saddle River, New Jersey 07458
   Phone: 201-630-8820
10 avozzolo@vozzolo.com
11
   **REICH RADCLIFFE & HOOVER, LLP**
12 Marc G. Reich (State Bar No. 159936)
   4675 MacArthur Court, Suite 550
13 Newport Beach, CA  92660
   Telephone: (949) 975-0512
14 mgr@reichradcliffe.com
15
   *Counsel for Plaintiffs*
16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| MELANIE BARBER, KI BURKE, and JOSEPH GREGORIO on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, MCNEIL-PPC, INC., JOHNSON & JOHNSON CONSUMER, INC., and RANIR LLC<br><br>Defendants. | Case No. 8:16-cv-1954-JLS-JCG<br><br>**STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE** |

STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 8:16-cv-1954-JLS-JCG

Plaintiffs Melanie Barber, Ki Burke, and Joseph Gregorio and Defendants Johnson & Johnson, McNeil-PPC, Inc., Johnson & Johnson Consumer, Inc., and Ranir LLC (collectively, "the parties"), through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

1. Whereas, on January 11, 2017, Defendants filed their Motion to Dismiss or Strike Portions of the First Amended Complaint ("the Motion"). (Dkt. No. 21.);

2. Whereas, on March 4, 2017, the Court granted in part and denied in part Defendants' Motion to Dismiss or Strike Portions of the First Amended Complaint. (Dkt. No. 41);

3. Whereas, on April 25, 2017, Plaintiffs filed a Second Amended Class Action Complaint. (Dkt. No. 43);

4. Whereas, on May 9, 2017, Defendants filed a Motion to Dismiss or Strike Claims for Injunctive Relief from Plaintiffs' Second Amended Complaint. (Dkt. No. 44);

5. Whereas, on June 9, 2017, the Court granted Defendants' Motion to Dismiss or Strike Claims for Injunctive Relief from Plaintiffs' Second Amended Complaint with leave to amend. (Dkt. No. 47);

6. Whereas, on June 30, 2017, Plaintiffs filed a Third Amended Class Action Complaint. (Dkt. No. 48);

7. Whereas, Defendant answered Plaintiffs' Third Amended Class Action Complaint on July 14, 2017. (Dkt. No. 49);

8. Whereas, on October 10, 2017, the Court entered a Stipulated Protective Order. (Dkt. No. 53);

9. Whereas, on November 15, 2017, the parties appeared at an unsuccessful mediation before Judge Peter Lichtman (Ret.);

10. Whereas, on December 15, 2017, Magistrate Judge Gandhi entered a Stipulated Order Governing Production of Electronically Stored Information and Hardcopy Documents. (Dkt. 55);

11. Whereas, the parties have engaged in extensive discovery practice, including (1) exchanging numerous requests for production and interrogatories, (2) exchanging multiple rounds of meet and confer letters regarding a number of discovery disputes, and working together to resolve many of those disputes, such as a successful resolution of a dispute over what Defendants contend was a request to materially expand the scope of Defendants' document production in February and March of 2018, and, in connection with that resolution, Defendants ultimately agreed to make additional productions, (3) reviewing a production of well over 10,000 documents, (4) seeking records from third party dental practitioners regarding the Plaintiffs' dental histories, (5) exchanging multiple Fed. R. Civ. P. 30(b)(6) deposition notices, and meeting and conferring regarding appropriate witnesses and topics of depositions, (6) working with experts to prepare reports regarding class certification, and (7) subpoenaing third parties to obtain relevant retail-level sales information;

12. Whereas, Defendants anticipate that they will complete their respective document productions in response to Plaintiffs' discovery requests to date on April 13, 2018;

13. Whereas, the parties have been working diligently to schedule depositions, including multiple 30(b)(6) witnesses who will be testifying on behalf of Defendants, and given the expected production completion date of April 13 (in addition to scheduling conflicts), the parties anticipate that at least one of Defendants' Rule 30(b)(6) witnesses will not be deposed until April 20 or after;

14. Whereas, while certain disputes over discovery remain pending, the parties have been working diligently to resolve them without court intervention, and have made significant progress to date;

15. Whereas, pursuant to the Court's January 16, 2018 Order Granting Continuance of Class Certification Briefing Schedule, Plaintiffs' motion for class certification is currently due on April 23, 2018;

16. Whereas, Plaintiffs require more time to complete the discovery required for class certification briefing, including the review of documents expected to be produced on April 13, 2018, taking the depositions of Defendants' Rule 30(b)(6) witnesses, and revising expert reports in light of any newly discovered information; and

17. Whereas, continuing the class certification briefing schedule will not affect any other pretrial deadlines set by the Court's March 1, 2017 Order.

## **STIPULATION**

Now therefore, subject to Court approval, the parties hereby stipulate to continue the Plaintiffs' deadline to file their motion for class certification from April 23, 2018 to May 21, 2018, and Defendants' deadline to oppose class certification from June 20, 2018 to July 9, 2018. Plaintiffs' deadline to file a reply in support of class certification shall remain due on August 6, 2018 as anticipated by the Court's January 16, 2018 Order.

Dated: April 11, 2018         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _____*/s/ Yeremey Krivoshey*_____
         Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey Krivoshey (State Bar No. 295032)

|    |                        |                                                                                                                                                                                                                                   |
|----|------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                        | 1990 North California Blvd., Suite 940                                                                                                                                                                                            |
| 2  |                        | Walnut Creek, CA  94596<br>Telephone: (925) 300-4455                                                                                                                                                                              |

1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
      jsmith@bursor.com
      ykrivoshey@bursor.com

**VOZZOLO LLC**
Antonio Vozzolo (*pro hac vice*)
345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
avozzolo@vozzolo.com

**REICH RADCLIFFE & HOOVER, LLP**
Marc G. Reich (State Bar No. 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA  92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
mgr@reichradcliffe.com

*Counsel for Plaintiffs*

Dated:  April 11, 2018

**O'MELVENY & MYERS LLP**

By: _____*/s/ Matthew Powers*_____
        Matthew Powers

Richard B. Goetz (State Bar No. 115666)
Matthew D. Powers (State Bar No. 212682)
Hannah Y. Chanoine (*pro hac vice*)
Matthew J. Smock (State Bar No. 293542)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 874-8700
Facsimile: (415) 984-8701
Email: rgoetz@omm.com
mpower@omm.com
hchanoine@omm.com
msmock@omm.com

*Attorneys for Defendants*

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)**

I, Yeremey Krivoshey, attest that all signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

                                              */s/ Yeremey Krivoshey*
                                                  Yeremey Krivoshey